# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

v.                  No. 4:08CR00054-02 JLH

ERIC JEROME OWENS                                    DEFENDANT

## ORDER

Pending before the Court is the government's Motion to Continue Supervised Release Revocation Hearing currently set for Thursday, August 2, 2012. Without objection, the motion is GRANTED. Document #368. The hearing on the pending motion to revoke supervised release of defendant is hereby rescheduled for ***MONDAY, AUGUST 6, 2012, at 10:00 a.m.***, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #365.

IT IS SO ORDERED this 25th day of July, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE