**FILED**

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV - 6 2012

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT

## Eastern District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |

ERIC JEROME OWENS

Case No.     4:08CR00054-02 JLH

USM No.     25023-009

Latrece E. Gray
_Defendant's Attorney_

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)    General, 2, 3, 5, Special    of the term of supervision.

☐   was found in violation of condition(s)   _____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Unlawful use of a controlled substance | July 8, 2012 |
| 2 | Failure to submit monthly report to probation officer | July 2012 |
| 3 | Failure to follow instructions of probation officer | June 18, 2012 |
| 5 | Failure to obtain employment as directed | July 12, 2012 |
| Special | Failure to report for drug testing as directed | June 14, 2012 |

     The defendant is sentenced as provided in pages 2 through    2    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s)  _____  and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 3300

Defendant's Year of Birth:    1988

City and State of Defendant's Residence:
       North Little Rock, Arkansas

November 6, 2012
Date of Imposition of Judgment

_____
Signature of Judge

**J. Leon Holmes, United States District Judge**
Name and Title of Judge

November 6, 2012
Date

DEFENDANT:        ERIC JEROME OWENS
CASE NUMBER:      4:08CR00054-02 JLH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

## TIME SERVED with no term of supervised release to follow

☐  The court makes the following recommendations to the Bureau of Prisons:

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL