# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF

v.                 NO. 4:08CR00054-04 JLH

STERLING OMAR PLATT                          DEFENDANT

## ORDER

Sterling Omar Platt has filed a motion for early termination of his probation. The statute provides that, after considering the applicable factors in 18 U.S.C. § 3553(a), the Court may terminate a term of probation in a felony case any time after one year, if the Court is satisfied that the action is warranted by the conduct of the defendant and the interest of justice. 18 U.S.C. § 3564(c). In considering the relevant factors under section 3553(a) and the seriousness of the offense, the Court does not believe that early termination of Platt's probation is in the interest of justice. The motion is therefore denied. Documents #389 and #390.

IT IS SO ORDERED this 24th day of May, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE