**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

v.                              No. 4:08CR00054-07 JLH

JASON GILBERT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, Jason Gilbert's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 is denied. Document #403. Because Gilbert has failed to make a substantial showing that he was denied a constitutional right, no certificate of appealability will be issued.

IT IS SO ORDERED this 25th day of February, 2014.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE