IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                    No. 4:08CR00054-07 JLH

JASON GILBERT

**ORDER**

This Court dismissed Jason Gilbert's petition under 28 U.S.C. § 2255 on February 25, 2014, and ruled at that time that Gilbert had failed to make a substantial showing that he was denied a constitutional right, so no certificate of appealability would be issued. Gilbert has now filed a notice of appeal and an application for a certificate of appealability. As noted, the Court has previously determined that no certificate of appealability would issue in this case. Therefore, the motion is DENIED. Document #412.

IT IS SO ORDERED this 12th day of March, 2014.

                                             _____
                                             J. LEON HOLMES
                                             UNITED STATES DISTRICT JUDGE